DEFENDANT:     David Bland

AGE/YOB:       1973

COMPLAINT      _____ Yes     __x_____ No
FILED?

               If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     __ Yes     _x_ No


OFFENSE(S):    (1) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon

LOCATION OF    Denver, Colorado
OFFENSE:

PENALTY:       (1) NMT 15 years imprisonment, $250,000 fine, or both; NMT 3 years
                   supervised release; $100 Special Assessment;

AGENT:          SA Joseph Acosta, ATF

AUTHORIZED     Albert Buchman
BY:            Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 x  five days or less; ___ over five days

THE GOVERNMENT

 x  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.