IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-CR-00312-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  DAVID BLAND,

    Defendant.

---

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the Acting United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, David Bland, YOB: 1973 , Booking Number: 2211784 is now confined in the Jefferson County Sheriff's 200 Jefferson County Parkway Golden, CO 80401.

2. A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of this case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring said federal law enforcement officer to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for the said defendant's initial appearance; and to hold the said defendant at all times in custody as an agent of the United States of America; and that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, shall return the said defendant to the institution where he was confined, under safe and secure conduct.

Respectfully submitted this 18th day of October, 2022.

                              COLE FINEGAN
                              UNITED STATES ATTORNEY

By:    *s/ Albert Buchman*
       Albert Buchman
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Email: al.buchman@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 18th day of October, 2022, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By:  *s/ Lauren Timm*
              Legal Assistant
              United States Attorney's Office