IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-CR-00312-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  DAVID BLAND,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce David Bland, YOB: 1973, Booking Number: 2211784 is now confined in the Jefferson County Sheriff's 200 Jefferson County Parkway Golden, CO 80401 before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

    SO ORDERED this _____ day of _____, 2022.

                                  BY THE COURT:

                                  _____

                                  HON. DANIEL D. DOMENICO
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO