IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-CR-00312-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

  DAVID BLAND,

      Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

      Upon motion of the United States and for good cause shown, it is hereby

      ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce David Bland, YOB: 1973, Booking Number: 2211784   is now confined in the Jefferson County Sheriff's 200 Jefferson County Parkway Golden, CO 80401 before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

      SO ORDERED this __18th__ day of __October__, 2022.

                          BY THE COURT:

                          _____

                          HON. DANIEL D. DOMENICO
                          UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO