IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-CR-00312-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  DAVID BLAND,

    Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce David Bland, YOB: 1973, Intake-0802 is now confined in the Boulder County Sheriff's Office Jail 3200 Airport Rd, Boulder, CO 80301 before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of _____, 2022.

                            BY THE COURT:

                            _____

                            HON. DANIEL D. DOMENICO
                            UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO