IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00312-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID BLAND,

    Defendant.

---

## ORDER OF DETENTION

---

THIS MATTER came before the court for a detention hearing on 1/11/2023, after the Government moved for detention under 18 U.S.C. § 3142. Defendant, through counsel, indicated to the Court that Defendant consented to detention based on his appearance in this Court on a Writ of Habeas Corpus ad Prosequendum [Dkt. 9]. *See United States v. Clark,* 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.") Therefore, the Court orders Defendant detained on this basis.

Pursuant to the Writ, Defendant is ORDERED detained until final disposition of this federal case, at which time Defendant shall be returned to the institution which previously held custody.

The Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 1/11/2023

BY THE COURT:

S. Kato Crews
United States Magistrate Judge