IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00312-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID BLAND,

       Defendant.

## NOTICE OF DISPOSITION

       Mr. David Bland, by and through his attorney Mary V. Butterton, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Defendant


I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

       s/ Mary V. Butterton

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2023, I filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    David Bland (via U.S. mail)

                                                        s/ Mary V. Butterton
                                                        MARY V. BUTTERTON
                                                        Assistant Federal Public Defender
                                                        633 17th Street, Suite 1000
                                                        Denver, CO  80202
                                                        Telephone:  (303) 294-7002
                                                        FAX:  (303) 294-1192
                                                        Mary_Butterton@fd.org
                                                        Attorney for Defendant