IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00312-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID BLAND,

       Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Mr. David Bland, by and through his attorney Mary V. Butterton, respectfully requests that this Court enter an order continuing the Change of Plea Hearing, currently set for May 3, 2023 at 2:30 p.m., to a date later in May 2023 convenient to the Court's calendar. In support of this request, he states as follows:

1. On December 16, 2022, Mr. Bland was indicted on a single count of Possession of a Firearm by a Prohibited Person, a violation of 18 U.S.C. § 922(g)(1). Doc. 1. On January 11, 2023, Mr. Bland was arrested pursuant to a Writ of Habeas Corpus Ad Prosequendum and brought into federal court. Docs. 9-11. That same day, Mr. Bland entered a plea of not guilty and was ordered detained pending these proceedings. Docs. 11, 15.

2. On April 6, 2023, Mr. Bland filed a Notice of Disposition, indicating that he had reached a Plea Agreement with the Government. Doc. 22.

3. On April 7, 2023, this Court set a Change of Plea Hearing for May 3, 2023 at 2:30 p.m. Doc. 23.

4. The first week in May 2023 is the docket week for the Grand Junction, Colorado

docket. Undersigned counsel has a sentencing hearing set before District Judge Gordon Gallagher on May 3, 2023 at 2:00 p.m. in Grand Junction. *See* 22cr00138-GPG, *United States vs. Miguel Gonzalez.* This hearing will require counsel to travel to Grand Junction on May 2, 2023 and return the evening of May 3, 2023.

5. Undersigned counsel respectfully requests that this Court continue Mr. Bland's Change of Plea Hearing to a date later in May 2023 that is convenient to the Court, so undersigned counsel can be present at his hearing.

6. Undersigned counsel has conferred with Assistant United States Attorney Al Buchman, who has no objection to this request.

WHEREFORE, Mr. David Bland respectfully requests that this Court enter an order continuing the Change of Plea Hearing, currently set for May 3, 2023 at 2:30 p.m., to a date later in May 2023 convenient to the Court's calendar.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.

                                          s/ Mary V. Butterton
                                          MARY V. BUTTERTON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Mary_Butterton@fd.org
                                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2023, I filed the foregoing **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    David Bland (via U.S. mail)

                                            s/ Mary V. Butterton
                                          MARY V. BUTTERTON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Mary_Butterton@fd.org
                                          Attorney for Defendant